# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CLEVELAND<br><br>          PLAINTIFF(S),<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, et al.<br><br>          DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−1713<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To:  All Counsel Appearing of Record

  Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X  Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Southern__ Division.

  This case has been reassigned to case number __8:23−cv−419 CJC (JDEx)__ and has been assigned to __Judge Cormac J. Carney__ for all further proceedings.

  Any matters that are or may be referred to a Magistrate Judge are hereby assigned to __Magistrate Judge John D. Early__ for:

   X  any discovery and/or post-judgment matters that may be referred.

    for all proceedings in accordance with General Order 05-07.

  All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  __8:23−cv−419 CJC (JDEx)__ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

  **Please be advised that no further filings may be made under case number __2:23−cv−1713__ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                   Clerk, U.S. District Court

                   By:  /s/ *Geneva Hunt*
                     *geneva_hunt@cacd.uscourts.gov*
                    Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*